UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY MARIE BUTLER,<br><br>    Petitioner,<br><br>    v.<br><br>D. K. JOHNSON, Warden,<br><br>    Respondent. | No. 2:14-cv-0683-MCE-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 2, 2014, respondent was directed to file an answer to the petition and to include with the answer all transcripts and other documents relevant to a determination of the issues presented in the application. On July 1, 2014, respondent filed an answer in which he stated that he would lodge the clerk's and reporter's transcripts on appeal, the briefing in petitioner's appeal, petitioner's petition for review with the opinion attached, and the order denying review. ECF No. 14 at 10. Although respondent cites to these documents in his answer, he failed to lodge them with this court. The court finds that the trial record in this case is necessary to a determination of this action. Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, respondent will be directed to lodge the documents listed in his answer within fourteen days.

/////

1

1   Good cause appearing, IT IS HEREBY ORDERED that within fourteen days from the
2   date of this order respondent shall lodge the clerk's and reporter's transcripts on appeal, the
3   briefing in petitioner's appeal, petitioner's petition for review with the opinion attached, and the
4   order denying review.

5   DATED: October 20, 2015.

       _____
       EDMUND F. BRENNAN
       UNITED STATES MAGISTRATE JUDGE